United States District Court for the  Eastern

District of  Kentucky

United States of America

Plaintiff,

vs.                                                                                       Case No.  7:23-cr-10-KKC

JOSHUA D. HABERN

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that  Joshua D. Habern                                                                                        ,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

Judgment  [R. 37]
*The final judgment, from an order describing it*

entered in this action on the   21st   day of                                                    June , 2024                   .

(s) Noah R. Friend

Address: P.O. Box 341

Versailles, KY 40383

Attorney for  Joshua D. Habern

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc:  Opposing Counsel ✓
     Court of Appeals  ✓

6CA-3
11/16